UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                           Petitioners,                         17 **CIVIL** 4749 (ER)

       -against-                                      **JUDGMENT**

NORTH STAR CONCRETE CONSTRUCTION,
CORP.,
                          Respondent.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 5, 2021, the petition is granted and the arbitration award is confirmed. Judgment is entered in favor of Petitioners in the amount of $48,707.88, plus 5.75% annual interest from the award date, February 17, 2017, through the judgment date, in the amount of $12,975.31. Respondent is also ordered to pay $3,292.50 in attorneys' fees and $75 in costs arising from this petition. This judgment shall accrue post-judgment interest pursuant to § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
          October 5, 2021

                                            **RUBY J. KRAJICK**

                                              Clerk of Court
                            **BY:**
                                              **Deputy Clerk**